Dismissed and Memorandum
Opinion filed December 3, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00886-CV

____________

 

BENSON BAILESS and ALNET BAILESS, Appellants

 

V.

 

KELLY-MOORE PAINT COMPANY, INC., Appellee

 



On Appeal from the
133rd District Court

Harris County,
Texas

Trial Court Cause
No. 2006-20461



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 11, 2008. On November 30, 2009,
appellants filed an unopposed motion to dismiss the appeal. See Tex. R.
App. P. 42.1. The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.